# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,                              CASE NO. 1:13-cv-00089-AWI-SMS (PC)

      Plaintiff,                       ORDER REQUIRING PLAINTIFF TO PAY
                                            $350.00 FILING FEE IN FULL OR FILE AN
   vs.                                  APPLICATION TO PROCEED IN FORMA
                                            PAUPERIS WITHIN FORTY-FIVE DAYS
BROWN, et al.,

      Defendants.
_____/

     Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 18, 2013.  Plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

     Within **forty-five (45) days** from the date of service of this order, Plaintiff shall either pay the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:    February 6, 2013**          _____**/s/ Sandra M. Snyder**_____
                                            UNITED STATES MAGISTRATE JUDGE

-1-