# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,                                          CASE NO. 1:13-cv-00089-AWI-SMS (PC)

        Plaintiff,                                ORDER REQUIRING PLAINTIFF TO PAY
                                                       $350.00 FILING FEE IN FULL OR FILE AN
   vs.                                              APPLICATION TO PROCEED IN FORMA
                                                       PAUPERIS WITHIN FORTY-FIVE DAYS
BROWN, et al.,

        Defendants.
_____/

     Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 18, 2013.  Plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

     Within **forty-five (45) days** from the date of service of this order, Plaintiff shall either pay the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**


IT IS SO ORDERED.

**Dated:    February 6, 2013          _____/s/ Sandra M. Snyder_____**
                                    UNITED STATES MAGISTRATE JUDGE